# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| RONDE YARRELL | Case Number: 8:08-CR-293-T-17MAP |
| | USM Number: 53815-019 |
| | AFPD Adam Allen |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ entered nolo contendere plea to violation of charge number 1 of the term of supervision.

__X__ admitted guilt to violation of charge numbers 2-6 of the term of supervision.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of Marijuana with Intent to Sell or Deliver | November 26, 2009 |
| 2 | Positive Urinalysis for Cocaine | April 29, 2009 |
| 3 | Positive Urinalysis for Cocaine | November 5, 2009 |
| 4 | Failure to Notify the Probation Officer Within 72 Hours After Being Arrested Or Questioned by a Law Enforcement Officer | On or Before November 29, 2009 |
| 5 | Failure to Make Restitution | Between March 2009 and December 2009 |
| 6 | Failure to Pay a Fine | Between March 2009 and December 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 27, 2010
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

January 28th, 2010
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | | Judgment - Page 2 of 2 |
|---|---|---|
| DEFENDANT: | RONDE YARRELL | |
| CASE NUMBER: | 8:08-293-T-17MAP | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-ONE (21) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__ The defendant is remanded to the custody of the United States Marshal Service.

**RECOMMENDATIONS TO THE UNITED STATES BUREAU OF PRISONS:**
(1) Incarceration at Coleman, FL.
(2) Substance abuse counseling.
(3) Counseling re: interpersonal relationships and better selection of associates.
(4) Vocational evaluation, education and training in electricity, motorcycle mechanics, computer courses related thereto, small business administration training and other areas of interests and skills.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL